IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIK CHEONG NEO, an individual d/b/a PO LO KU TRADING, and KAI CHANG HO, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARINA BROTHERS, INC., a California corporation d/b/a MARINA FOOD #5, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 09-00739 WHA<br><br>No. C 10-00455 SC<br><br>**ORDER DECLINING TO RELATE CASES** |

The undersigned has reviewed the administrative motion to relate case number C 10-00455 SC to case number C 09-00739 WHA. While the parties in the case pending before Judge Conti were both defendants in the action pending before the undersigned, they have long since been dismissed from case number C 09-00739. Moreover, while the same allegedly infringing products may be at issue in both cases, the case before the undersigned is a trademark infringement action brought by the owner of the mark, while case number C 10-00455 involves a dispute solely between downstream buyers and sellers of the allegedly infringing product. As such, these cases are not related under Civil Local Rule 8-1(a).

Dated: February 4, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE