IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAM LEE YUEN TRADING CO., INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>HOCEAN, INC., a California corporation,<br><br>        Defendant. | Case No. 10-0455 SC<br><br>ORDER DISMISSING CASE |

On August 9, 2010, this Court granted the Motion to Dismiss filed by Defendant Kam Lee Yuen Trading Co., Inc., dismissing the only federal cause of action with prejudice and dismissing all state causes of action without prejudice due to lack of subject matter jurisdiction. ECF No. 16. In the subsequent seven months, Plaintiff Kam Lee Yuen Trading Company, Inc. has not filed an amended complaint or taken any other action in this matter. Accordingly, this Court DISMISSES this action in its entirety WITH PREJUDICE.

IT IS SO ORDERED.

Dated: March 9, 2010

                                           UNITED STATES DISTRICT JUDGE